FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED SPECIALTY INSURANCE
COMPANY, a Texas corporation,

                  Petitioner,

v.

PULTE HOME CORPORATION, INC.,
a Michigan Corporation,

                  Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:

6:17-cv-467-Orl-41TBS

## PETITION FOR DECLARATORY RELIEF

The Petitioner, UNITED SPECIALTY INSURANCE CORPORATION ("UNITED SPECIALTY"), brings this action for declaratory relief against the Respondent, PULTE HOME CORPORATION, INC. ("PULTE"), and alleges as follows:

### PARTIES

1.     UNITED SPECIALTY is a corporation organized under the laws of Texas with its principal place of business located in Fort Worth, Texas and is authorized by the State of Florida to issue commercial general liability insurance policies within the State of Florida.

2.     PULTE is a Michigan corporation organized under the laws of the Georgia with its principal place of business in Georgia. PULTE is engaged in the construction of housing projects in, *inter alia,* Orange County, Florida.

### JURISDICTION AND VENUE

3.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332 in that the subject controversy exists between citizens of different states and the matter in controversy

exceeds $75,000, exclusive of interest and costs. An actual controversy within the meaning of 28 U.S.C. § 2201 exists between the parties.

4.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(a) because a substantial part of the events giving rise to this claim occurred within this District.

### FACTUAL BACKGROUND

5.      UNITED SPECIALTY brings this action seeking a judicial determination and declaration that it is not obligated to provide either indemnification or defense insurance coverage benefits to PULTE as well as to its directors, officers and employees.

6.      Upon information and belief, at some time in and around 2006, PULTE entered into a subcontractor's agreement with V&V Construction Services, Inc. to install stucco wall systems on certain construction projects that PULTE was developing in Orange County, Florida.

7.      UNITED SPECIALTY issued a commercial general liability insurance policy, Policy No. FEIS50000067, to V & V Construction Services, Inc. effective for the policy period of January 14, 2008 through January 14, 2009. This policy contained an Additional Insured Endorsement which extended coverage to PULTE for certain liability arising from the construction work performed by V&V Construction Services, Inc. subject to the terms and conditions of the policy. Further, the policy also contains a Condominium and Townhome Exclusion, as detailed below. A copy of the subject policy is attached as Exhibit "A."

8.      On September 23, 2016, the Second Amended Class Action Complaint in the action styled *SHAUN PARKER GAZZARA and ANA PAULA GAZZARA, and HARRY JAMES WHITMAN and MARCIA FAYE WHITMAN, as individuals, on behalf of themselves and all others similarly situated v. PULTE HOME CORPORATION, case no.: 6:16-cv-657-Orl-31TBS* was filed in the United States District Court for the Middle District of Florida, Orlando Division,

asserting certain causes of action against PULTE for allegedly constructing homes with defective stucco siding. ("Class Action."). A copy of the Second Amended Class Action Complaint is attached hereto as Exhibit "B."

9.     PULTE thereafter reported the subject claim to UNITED SPECIALTY which agreed to provide PULTE with a defense to the Class Action subject to a reservation of its rights to deny coverage in the event that, *inter alia*, the CONDOMINIUM AND TOWNHOME EXCLUSION is determined to apply to the Class Action.

## COUNT I- DECLARATORY JUDGMENT

10.     UNITED SPECIALTY reasserts and re-alleges paragraphs 1 through 9 above as if fully set forth herein.

11.     The subject CONDOMINIUM AND TOWNHOME EXCLUSION Endorsement, as set forth in the policy issued by UNITED SPECIALTY expressly states:

> The following exclusion shall be added to the policy and shall apply to any and all Sections and coverage parts of the policy.
>
> This insurance does not apply to and the Company shall have no obligation to provide indemnity or defense against any "occurrence", "bodily injury", "property damage", "personal and advertising injury", incident or "suits" "arising from" any work or operations performed by you or any contractors or subcontractors working directly or indirectly on your behalf in connection with any condominium, or townhome residential project.
>
> All other terms, conditions, and exclusions under the policy are applicable to this Endorsement and remain unchanged.
>
> This endorsement shall not apply to the following listed projects:

> | Project Name | Location |
> |---|---|
> | The Oasis | Sparkling Cove Lane Lots 1201-1208 Windmere, FL |

Based upon its clear and unequivocal wording, this endorsement applies fully to the Additional Insured Endorsement from which PULTE contends that it is entitled to coverage and restricts such coverage only to such claims arising from The Oasis project.

15.    UNITED SPECIALTY is entitled to a declaration from this honorable court that it is entitled to deny coverage for any and all claims resulting from the Class Action pursuant to the terms and provisions of the subject policy and in particular the above-referenced Endorsement as the Class Action does not allege that such defects exist on The Oasis project.

16.    Based upon these facts, as applied to the above-referenced provisions set forth in the Policy, UNITED SPECIALTY seeks a declaration from this honorable court that it is entitled to deny coverage for any and all claims resulting from the Class Action pursuant to the terms and provisions of the subject policy. UNITED SPECIALTY anticipates that PULTE will dispute that UNITED SPECIALTY is entitled to deny coverage for this claim and therefore, an actual and justiciable controversy exists between UNITED SPECIALTY and PULTE.

WHEREFORE, UNITED SPECIALTY INSURANCE COMPANY respectfully requests that this Honorable Court:

(A) Enter judgment declaring that it is entitled to deny coverage for PULTE regarding the Class Action pursuant to the terms and provisions of the subject policy; and

(B) Award to UNITED SPECIALTY any other relief that this Court deems just and proper.

Dated this 27th day of February, 2017.

SHENDELL & POLLOCK, P.L.
*Attorneys for Petitioner*
Fountain Square
2700 N. Military Trail, Suite 150
Boca Raton, FL  33431
Phone: (561) 241-2323

4

Fax:  (561) 241-2330
Email: brett@shendellpollock.com

By: ___/s/ Brett R. Bloch_____
      Brett R. Bloch
      Florida Bar No. 0490891